# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Robert Gibson Warrick,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:13-cv-00219-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| **Kieran J. Shanahan,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 22, 2014 Order.

December 22, 2014

Frank G. Johns, Clerk
United States District Court